ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MATTHEW T. CECIL, ESQ., Bar # 9525
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com
Email: mcecil@littler.com

Attorneys for Defendant
OfficeMax North America, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICEMAX NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 2:17-cv-00539-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

Plaintiff KEVIN ZIMMERMAN (hereinafter "Plaintiff") and Defendant OfficeMax North America, Inc. (hereinafter, "Defendant") by and through their undersigned counsel, having mutually agreed to resolve this matter, hereby stipulate and respectfully request the Court order that this matter, Case Number 2:17-cv-00539-GMN-GWF be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees incurred in this dispute.

Dated: September 11, 2017  Dated: September 11, 2017

Respectfully submitted,  Respectfully submitted,

*/s/ Whitney C. Wilcher*  /s/ *Matthew T. Cecil*
WHITNEY C. WILCHER, ESQ.  ROGER L. GRANDGENETT II, ESQ.
THE WILCHER FIRM  MATTHEW T. CECIL, ESQ.
  LITTLER MENDELSON, P.C.
Attorney for Plaintiff
KEVIN ZIMMERMAN  Attorneys for Defendant
  OFFICEMAX NORTH AMERICA, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____September 12,_____, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:148990193.1 063095.1151

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.